Case 4:15-cv-02242   Document 36   Filed on 10/17/17 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
October 17, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NANCY M. HENTSCHEL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 4:15-CV-2242 |
| | § | |
| WELLS FARGO HOME MORTGAGE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court, having considered the Joint Motion to Dismiss with Prejudice (the "Joint Motion") filed by Plaintiff Nancy M. Hentschel ("Plaintiff") and Defendant Wells Fargo Home Mortgage, a division of Wells Fargo Bank, N.A. ("Defendant"), finds that the Joint Motion should be, and hereby is, in all things, **GRANTED**. It is therefore

**ORDERED, ADJUDGED, AND DECREED** that all claims Plaintiff asserted, or could have asserted, against Defendant in this lawsuit are hereby **DISMISSED WITH PREJUDICE;** and it is further

**ORDERED, ADJUDGED, AND DECREED** that all costs, expenses, and attorney fees are taxed against the party incurring same.

10/17/17

_____
U.S. DISTRICT COURT JUDGE

Agreed as to substance and form:

By: /s/ Leland M. Irwin
**Leland M. Irwin**
Texas Bar No. 00790945
Federal Id. No. 27158
**THE IRWIN LAW FIRM, P.C.**
210 Morton Street
Richmond, Texas 77469
(832) 847-4111
Facsimile (832) 847-4177
Email: leland@irwin-lawfirm.com

**ATTORNEY FOR PLAINTIFF**


/s/ Marc D. Cabrera
**Robert T. Mowrey**
 State Bar No. 14607500
 rmowrey@lockelord.com
**Jason L. Sanders**
 State Bar No. 24037428
 jsanders@lockelord.com
**Marc D. Cabrera**
 State Bar No. 24069453
 mcabrera@lockelord.com
**Alexandra A. LoCasto**
 State Bar No. 24087938
 alocasto@lockelord.com
**LOCKE LORD LLP**
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-6776
Telephone: (214) 740-8000
Facsimile: (214) 740-8800

**ATTORNEYS FOR DEFENDANT**